In the Matter of HAROLD L. KUNSTLER, an Attorney.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 945.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part.

In the Matter of the Application of VINCENTA J. ESPOSITO, as Executrix of MARIA ESPOSITO, Deceased, to Discover Certain Personal Property of Said Deceased. FRANK ESPOSITO.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 944.] Present — Martin, P. J., Untermyer, Dore and Cohn, JJ.

In the Matter of WALTER N. SMITH against JOSEPH F. MAGUIRE, as a Justice of the Domestic Relations Court of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 900.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part.

AVVOCATO & TUCH, INC., v. PACIFIC NATIONAL FIRE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 903.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part.

NORLIL REALTY CORPORATION v. SIDNEY TOLCHINSKY. NORLIL REALTY CORPORATION v. MAX LONDON.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 948.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ROSA BRUSZACZYNASKA v. SELMA RUBY.— Motion for reargument denied, with ten dollars costs. [See *ante*, p. 539.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Estate of PASQUALE LAMBERTI, Deceased. VICTOR LAMBERTI, Individually and as Administrator; LIVIA L. STEPHENS et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 866.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part.

CHARLES J. JOHNSON et al. v. SINCLAIR REFINING COMPANY et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 903.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part.

In the Matter of LANCELOT M. BERKELEY against TIMOTHY P. WALDRON.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 900.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part.

NATIONAL FABRICS CORPORATION v. PARK SILK COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 866.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part.

GEM MUSIC CORPORATION et al. v. DEEMS TAYLOR, as President of the American Society of Composers, Authors and Publishers, et al. A B C MUSIC CORPORATION et al.— Motion for leave to appeal to the Court of Appeals granted. Settle orders on notice. [See *ante*, p. 895.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.